TO UNITED STATES DISTRICT COURT, DISTRICT OF NEBRASKA

U.S. / CASE 8:14 MJ277

HANSEN /(#1) WRIT HABEAS CORPUS

I, A MAN, OF BIRTH RIGHT, ON AMERICA LAND, REQUIRE THAT A MAN CLAIM, IN OPEN COURT, ALL FACTS, AND LAW, RELIED UPON TO ARREST, HOLD, AND ADMINITRATE ME, AND MY PROPERTY, TO PROSECUT UNDER THE STYLED NAME OF 'United States of America', AND VERIFY, THAT VERIFIED SWORN EVIDECE, IS IN THE RECORD, UPON WHICH, A MAN OF RIGHT, CAN BE ARRESTED, PROSECUTED, BY THE UNITED STATES COURT,

THAT THE MAN BE PRESENTED IN THIS COURT TO VERIFY, TO COMPLETE, THE 'SUBJECT MATTER' OF THIS COURT'S JURISDICTION, OR DISMISS FOR LACK OF EVIDENCE OF SUBJECT MATTER JURISDICTION.

10/31/14   Paul Hansen

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
14 NOV -4 PM 1:33
OFFICE OF THE CLERK

TO UNITED STATES DISTRICT COURT,
DISTRICT OF NEBRASKA

U.S.  / CASE 8:14 MJ 277

HANSEN /(#2) CHALLENGE

I, A MAN, OF BIRTH RIGHT, ON AMERICA LAND, NOW CHALLENGE, THE PROSECUTOR TO PROVE PERSONAL JURISDICTION OF THIS COURT OVER ME. WHAT DOES THE PROSECUTOR RELY UPON to PROSECUTE ME IN THIS COURT?

IF PROSECUTOR FAILS, I REQIRE, WISH, FOR THIS ACTION BE DISMISS AND I BE RELEASE FORTHWITH.

I REQUIRE THE PROOF TO BE VERIFIED.
10/31/14   Paul Hansen


VERIFIABLE PROOF OF SERVICE
1, PAUL JOHN HANSE, MAILED THE FOLLOWING:
#3   A. TERRITORIAL JURISDICTION CHALLENGE -10/31/14
#2   B. PERSONAL JURISDICTIONAL CHALLENGE -10/31/14
#1   C. WRIT HABEAS CORPUS                -10/31/14
TO U.S. PROSECUTOR, 111 SOUTH 18TH PLZ.
OMAHA, NE 68102, ON 10/31/2014.
Paul Hansen

TO UNITED STATES DISTRICT COURT, DISTRICT OF NEBRASKA

U.S. / CASE 8:14 MJ 277
/
HANSEN /(#3) CHALLENGE
/ WITH JUDICIAL NOTICE

I, A MAN, OF BIRTH RIGHT, ON AMERICA LAND, NOW CHALLENGE, THE PROSECUTOR, TO PROVE THAT THE LAND WHERE I WAS ARRESTED IS LAND OF 'The United States of America' AS THE STYLED NAME IS FOUND IN THE 'ARTICLES OF CONFEDERACY' 1777. THIS BEING A TERRITORIAL JURISDICTION CHALLENGE.

IF PROSECUTOR FAILS, I REQUIRE, WISH, FOR THIS ACTION BE DISMISSED FOR LACK OF TERRITORIAL JURISDICTION PURSUANT TO ART 1, SEC 8 UNITED STATES CONSTITUTION, OR CONSTITUTION OF THE UNITED STATES.

I REQUIRE THE PROOF TO BE VERIFIED.

10/31/14    Paul Hansen

RECEIVED
NOV 4 2014
CLERK
U.S. DISTRICT COURT
OMAHA

HANSEN, PAUL, J
Printed Name
( 149281 ) ( 1 )
Data #      Module #
Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

OMAHA NE 680
03 NOV 2014 PM 1 L



U.S. DIST COURT, NEBR.
111 SOUTH 18th ST, PLZ.
OMAHA, NE  68102

RECEIVED
NOV 4 2014
CLERK
U.S. DISTRICT COURT
OMAHA

6810213l239