UNITED STATES DISTRICT COURT, NEBRASKA

~~DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS~~
~~INMATE REQUEST FORM~~
~~FORMULARIO De SOLICITUD PARA RECLUSOS~~

To/Para: STATE

Case #: 8:14 MJ 277 — HABEAS CORPUS WITH JUDICIAL NOTICE.

From/De: HANSEN

~~BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES~~

Request/Solicitud:

I REQUIRE, AS A MAN, WITH BIRTH RIGHT ON AMERICA LAND, STATE PROVES THE FOLLOWING:

A. I WAS ARRESTED ON LAND THAT IS A POSSISSION OR TERRITORY OF THE UNITED STATES.

B. VERIFIED EVIDENCE IS IN THE RECORD TO SUPPORT THE WARRANT PURSUANT TO THE 4TH AMENDMENT OF THE CONSTITUTION OF THE UNITED STATES.

C. THAT VERIFIED EVIDENCE IS IN THE RECORD TO SUPPORT ~~AN~~ IN DICTMENT CASE NO. 3:14 CR 91-002 THE/MCR, US DISTRICT COURT NORTHWEST DISTRICT OF FLORIDA, PENSACOLA DIVISION.

D. I REQUIRE THE NAME OF THE MAN EXERCISING AUTHORITY TO HOLD ME IN JAIL.

Reply/Respuesta: JUDICIAL NOTICE — 4TH AMENDMENT, AND ARTICLE 1, SEC 8, OF THE CONSTITUTION OF THE UNITED STATES.

I WISH, I REQUIRE, THAT THE COURT IN LACKING SUBJECT MATTER JURISDICTION, OR PERSONAL JURISDICTION, RELEASE ME NOW, UPON THE STATE FAILURE TO PROV THE ABOVE.

NOTICE — THIS IS THE FOURTH MAILING → ON 11-9-14 WITH NO RESPONSE FROM THE COURT — MAILED TO: US DIST. COURT, NE — 111 SOUTH 18 PLAZA 68102, OMAHA, NE — WITNESSED THE MAILING WERE → Steven Koebel, AND → Michael Cooley, Michael Cooley

YELLOW COPY: Inmate

11-9-14 Paul Hansen

IN JAIL.

RECEIVED
NOV 12 2014
CLERK
U.S. DISTRICT COURT
OMAHA

HANSEN, PAUL, J
Printed Name

(14932 P1 ) ( 1 )
Data #    Module #

Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

RECEIVED

NOV 1 2 2014

CLERK
U.S. DISTRICT COURT
OMAHA

OMAHA NE 680
10 NOV 2014 PM 3 L

U.S. DIST. COURT, NE
111 SOUTH 18TH PLAZA
OMAHA, NE 68102

6810213l239